# EXHIBIT A

Filed 22-CI-00110 04/20/2022 Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/13/2022 08:18:23 AM
PHIL@WOLFPACKLAWYERS.COM

STATE OF KENTUCKY
IN THE CIRCUIT COURT CIVIL FOR SIMPSON COUNTY
AT FRANKLIN

ORA ROGAN,
Plaintiff,

v.

JURY DEMAND
CASE NO.:

LOWE'S HOME
CENTERS, LLC d/b/a
LOWE'S HOME
IMPROVEMENT,
Defendant,

---

## COMPLAINT

Ora Rogan, Plaintiff, for her claim against Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement, Defendant, states as follows:

### PARTIES

1. Plaintiff, Ora Rogan, is an adult citizen and resident of Portland, Tennessee, County of Sumner and resides at 105 Ranch Road, Portland, TN 37148.

2. Upon information and belief, at all relevant times, the Defendant Lowe's Home Centers, LLC d/b/a Lowe's Home Improvement (hereinafter "Lowe's"), is a foreign limited liability company, with its principal office 1000 Lowes Blvd., Mooresville, NC 28117-8520. Lowe's is duly qualified to transact business in the State of Kentucky. The Defendant's registered agent for service is Corporation Service Company, 2908 Poston Avenue, Nashville, TN 37203.

22-CI-00110          04/20/2022          Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/13/2022 08:18:23 AM
PHIL@WOLFPACKLAWYERS.COM

## JURISDICTION

3.  This complaint was filed within the applicable statute of limitations.

4.  Jurisdiction and venue are proper in this Honorable Court because Simpson County is the county in which the subject accident giving rise to this Complaint took place.

5.  Upon information and belief, at all times relevant to this cause of action, Lowe's, at the time of the events hereinafter complained of, operated a business at 1555 Nashville Road, Franklin, KY 42134 (hereinafter sometimes referred to as "subject premises").

## CLAIM FOR NEGLIGENCE

6.  On or about May 06, 2021, Plaintiff Ora Rogan enter said Lowe's as an invited guest.

7.  At all times material to this cause of action, the Plaintiff Ora Rogan was a customer on the Defendant's premises.

8.  As the Plaintiff Ora Rogan navigated through the aisles of the store, she tripped and fell on a machine that was left in the aisle unattended.

9.  The Defendant Lowe's, through their officers, agent, employees and serviced knew or should have that there was a machine left unattended in the aisle, and this constitutes a hazardous and unreasonably dangerous condition.

10. The Defendant Lowe's, through their officers, agents, employees and servants, knew or should have known that the dangerous condition posed an unreasonable and foreseeable risk of injury to the Plaintiff, other customers, and others who used this facility. The Defendant is negligent in that they failed to notify, inform, or warn Plaintiff or other customers about the hazardous and unreasonably dangerous condition.

11. The Defendant Lowe's, through its officers, agents, employees and servants were negligent in that they failed to maintain the premises in a reasonably safe condition. The serious

22-CI-00110        04/20/2022        Beth A. Fiss, Simpson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/13/2022 08:18:23 AM
PHIL@WOLFPACKLAWYERS.COM

injuries the Plaintiff suffered were a direct and foreseeable result of the Defendants breach of its duty to maintain its premises in a reasonably safe condition.

12. Through the above-listed acts and omissions, the Defendant Lowe's, knew or should have known of the unsafe condition of the store aisle to have corrected the conditions before Plaintiff's injury, and condition existed long enough that the Defendant, using ordinary care, should have discovered and corrected the unsafe condition even if it did not have actual knowledge.

13. On the date specified, the store aisle was dangerous, hazardous an unsafe creating an unreasonable risk of harm.

14. On the date specified, the Defendant Lowe's, and their employees, agents, representatives were negligent in that they: (a) knew or should have known that there was a machine left unattended on the store aisle floor, constituting dangerous, hazardous, and unsafe conditions; (b) failed to properly maintain aisles of the store for said condition to remove the dangerous, hazardous, and unsafe condition; (c) created said dangerous, hazardous, and unsafe condition and failed to address it and make it safe in a timely manner; (d) failed to properly and timely inspect the area where the Plaintiff was injured and address the dangerous, hazardous, and unsafe condition in a timely manner; (e) failed to exercise due and reasonable care.

15. During all relevant times herein, all acts of the Defendant's officers, agents, employees, and/or servants are imputed to the Defendant's via the doctrine of *respondeat superior*. The Defendant Lowe's is responsible negligent acts and omissions of its employees, agents, and/or representatives pursuant to KRS sec. 411.182.

NOT ORIGINAL DOCUMENT
06/13/2022 08:18:23 AM
PHIL@WOLFPACKLAWYERS.COM

16. That as a result of the foregoing acts of negligence on the part of the Defendant Lowe's, the Plaintiff, Ora Rogan, sustained *(either injuries or permanent injuries)* to her body and suffered emotional distress; that she was required to seek medical attention; that she may be required to seek additional and continued medical attention in the future and to expend large sums of money for medical attention; that she was unable to maintain her employment for a period of time, and may continue to be so restricted; and that she was unable to engage in her normal activities for a period of time, and may continue to be so restricted, all to her damage.

WHEREFORE, Plaintiff, Ora Rogan demands judgment against the Defendant in the amount up to $750,000.00 and costs; Plaintiff demands trial by jury of twelve (12); and Plaintiff demands such other and further relief to which he may prove entitled.

Respectfully submitted on 20 of April, 2022.

Phillip S. Georges, Esq
BPR # 038360
Attorney for Plaintiff Ora Rogan

Of Counsel:

PHILLIP S. GEORGES, PLLC
2303 21st Ave. S, Suite 204
Nashville, TN 37212
Phone: 615-577-1011
Facsimile: 629-205-6709
Email: phil@wolfpacklawyers.com